IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WENDELL JOHNSON**                                                                        **PETITIONER**

**VS.**                             **CASE NO. 2:17CV00044 JM/PSH**

**GENE BEASLEY, Warden,**
**Forrest City Low**                                                                        **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody, Jr . You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Wendell Johnson ("Johnson") is in federal custody in Forrest City, Arkansas as a result of a 2009 conviction in the United States District Court, Southern District of Illinois. He filed this habeas corpus petition on March 20, 2017. His sole ground for relief is that the United States did not have jurisdiction over the land where the alleged crime occurred. Johnson asks for his immediate release from custody.

Respondent Gene Beasley ("Beasley") has responded to the petition. Docket entry no. 10. In part, Beasley alleges Johnson has not previously pursued relief via 28 U.S.C. § 2255 with the sentencing court. In response, Johnson replies that he has indeed filed for section 2255 relief, and that his section 2255 petition is pending with the sentencing court. As a result, Johnson requests that this petition be dismissed without prejudice. We recommend that this request (made in Johnson's

"Reply" and filed as docket entry no. 11) be granted.

IT IS SO ORDERED this 24th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE