IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WENDELL JOHNSON**                                                             **PETITIONER**

VS.                    **CASE NO. 2:17CV00044 JM/PSH**

**GENE BEASLEY, Warden,**
**Forrest City Low**                                                 **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 15th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE