IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WENDELL JOHNSON**                                                              **PETITIONER**

**VS.**                          **CASE NO. 2:17CV00044  JM/PSH**

**GENE BEASLEY, Warden,**
**Forrest City Low**                                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 15th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE